746 F.2d 1473
 Skrekis (E. Katherine)
v.
Reid (C.E. Jr.), Reid (James W.), Reid (Mrs. Clarence E.
Sr.), Reid (Joy), Jackson (Pastor A.W.), Rine (Patricia),
Thompson (Jane), Thompson (Kirby), Sitko (Edwina Adamo),
Petroplus (Bessie), Romick (Robert), Deacons of First
Baptist Church, Margaretes (George), Holleman (I.D.)
 NO. 84-1787
 United States Court of Appeals,
fourth Circuit.
 OCT 30, 1984
 
 1
 Appeal From: N.D.W.Va.
 
 
 2
 AFFIRMED.